# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-109-MOC-DCK

| | |
|---|---|
| PATRICIA OLSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 26) filed by Christian R. Ayers, concerning Michael D. Grabhorn on July 18, 2018. Mr. Michael D. Grabhorn seeks to appear as counsel *pro hac vice* for Plaintiff Patricia Olson. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 26) is **GRANTED.** Mr. Michael D. Grabhorn is hereby admitted *pro hac vice* to represent Plaintiff Patricia Olson.

**SO ORDERED**.

Signed: July 18, 2018

David C. Keesler
United States Magistrate Judge